## 33715. BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA v. C.F.I. CONSTRUCTION COMPANY.

PER CURIAM.

The application for certiorari being improvidently granted, the writ is hereby dismissed.

*Dismissed. All the Justices concur, except Under-cofler, P. J., Bowles and Marshall, JJ., who dissent.*

ARGUED JULY 11, 1978 — DECIDED SEPTEMBER 7, 1978.

*Arthur K. Bolton, Attorney General, Michael E. Hobbs, Assistant Attorney General, G. Thomas Davis, Special Assistant Attorney General,* for appellant.

*Mason & Hall, William V. Hall, Jr.,* for appellee.